# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X
United States of America

 -against-

Andres Mejia-Aristizbal

**Defendant**
------------------------------X

ORDER
15-CR-0106 (LDW)(AKT)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★ JUL 07 2015 ★
LONG ISLAND OFFICE

The above-named defendant pleaded **GUILTY** before United States Magistrate Judge A. Kathleen Tomlinson on May 26, 2015. Upon completion of the proceeding, the Magistrate Judge recommended that the District Court accept the defendant's guilty plea.

Having reviewed the plea minutes, the Court finds that the defendant's guilty plea was entered voluntarily and intelligently, and that he fully understands his rights and the consequences of his plea, and that there is a factual basis for the plea.

Therefore, it is hereby **ORDERED** that the defendant's guilty plea is accepted.

SO ORDERED:

s/ Leonard D. Wexler

_____
Leonard D. Wexler
Senior U.S.D.J.

Dated: July ___, 2015
Central Islip, New York